The People of the State of New York, Plaintiff, v. Barausch or Baruch Schneider and Others, Defendants.— Motion to open default granted on condition that defendants perfect their appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion denied. Motion for stay denied, unless defendants file a bond to secure the judgment. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Susan E. Robinson, Plaintiff, v. Edward Davidow and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The Bay Dredging and Contracting Company, Respondent, v. Culluloo Park Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Simon J. Harding, Respondent, v. John P. Steich, Appellant.— Order reversed so far as it strikes out the 7th and 8th subdivisions of the answer, and as so modified affirmed, without costs. The answer is a mere narrative of a transaction by defendant, and, therefore, is in such form that it does not properly deny the allegations of the complaint or present a defense or counterclaim to it. The 8th subdivision is unavailable, as the earlier admissions are part of the narrative and qualified by its statements, and hence the denial is not general or specific. But it is inconsistent to strike out a portion of a pleading at the instant the whole pleading is declared frivolous, and hence insufficient. If defendant desires to plead either a simple defense or an affirmative counterclaim, he should so frame his matter, and designate it either as a defense or a counterclaim. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Stephen Hasbrouck, Respondent, v. Sarah Harris and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial from Rockland county to the county of New York granted, with ten dollars costs, on the ground that the case is so exceptional in its circumstances as to cause a departure from the special rule stated in *Mills* v. *Sparrow* (131 App. Div. 241), and an application of the general rule stated in *Van Alstine* v. *Burt* (151 id. 81) and *Harrison* v. *Holahan* (122 id. 740). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Benjamin M. Iliffe, Respondent, v. Max Poellath, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.